IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 APR 19 PM 2:59
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW J. DOHERTY, II,<br><br>    Defendant. | 8:22CR 77<br><br>INDICTMENT<br><br>18 U.S.C. § 1703 |

The Grand Jury charges that

### COUNT I

On or about March 12, 2022, in the District of Nebraska, Defendant, MATTHEW J. DOHERTY, II, a United States Postal Service employee, did knowingly and unlawfully secrete, destroy, detain, and delay mail entrusted to him and coming into his possession, and which was intended to be conveyed by mail, and carried and delivered by a carrier and employee of the Postal Service.

In violation of Title 18, United States Code, Section 1703.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
Kelli L. Ceraolo
Assistant U.S. Attorney

1